IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LIZETTE MARA PEGUES, individually and on behalf of a class of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CARECENTRIX, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No.  2:12-CV-02484-CM-KGG ) ) ) ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Lane W. Davis be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

        Respectfully submitted,

        LATHROP & GAGE LLP

        */s/ Rosalee M. McNamara*
        Rosalee M. McNamara  (70006)
        2345 Grand Boulevard, Suite 2200
        Kansas City, Missouri 64108-2684
        Telephone: (816) 292-2000
        Facsimile: (816) 292-2001
        Email: rmcnamara@lathropgage.com

                    NELSON MULLINS RILEY & SCARBOROUGH LLP

By:*/s/ William H. Foster III*
   Lane W. Davis
   Federal Bar No. 7739
   E-Mail: lane.davis@nelsonmullins.com
   William H. Foster III
   Federal Bar No. 6221
   E-Mail: bill.foster@nelsonmullins.com
   104 South Main Street / Ninth Floor
   Post Office Box 10084 (29603-0084)
   Greenville, SC  29601
   (864) 250-2300

Attorneys for CareCentrix, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following on this 18th day of September, 2012:

Patrick J. Doran, Esq.
Doran Law Office
4324 Belleview, Suite 200
Kansas City, MO 64111
pjdoran@doranlaw.net

Attorney for Plaintiff

                    */s/ Rosalee M. McNamara*
                    An Attorney for CareCentrix, Inc.