IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LIZETTE MARA PEGUES, individually and on behalf of a class of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>CARECENTRIX, INC.,<br><br>      Defendants. | Case No. 2:12-CV-02484-CM-KGG |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that William H. Foster be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

      Respectfully submitted,

      LATHROP & GAGE LLP

      */s/ Rosalee M. McNamara*
      Rosalee M. McNamara  (70006)
      2345 Grand Boulevard, Suite 2200
      Kansas City, Missouri 64108-2684
      Telephone: (816) 292-2000
      Facsimile: (816) 292-2001
      Email: rmcnamara@lathropgage.com

19341148v1

and

Lane W. Davis
Federal Bar No. 7739
E-Mail: lane.davis@nelsonmullins.com
William H. Foster III
Federal Bar No. 6221
E-Mail: bill.foster@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
104 South Main Street / Ninth Floor
Post Office Box 10084 (29603-0084)
Greenville, SC  29601
(864) 250-2300

Attorneys for CareCentrix, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following on this 18th day of September, 2012:

Patrick J. Doran, Esq.
Doran Law Office
4324 Belleview, Suite 200
Kansas City, MO 64111
pjdoran@doranlaw.net

Attorney for Plaintiff

                                              */s/ Rosalee M. McNamara*
                                              An Attorney for CareCentrix, Inc.